■ In the Matter of MARK A. MANDILE, Respondent, v KATRINA V. DESHOTEL, Appellant. (Appeal No. 2.) [54 NYS3d 348]—Appeal from an order of the Family Court, Monroe County (Joseph G. Nesser, J.), entered February 24, 2016 in a proceeding pursuant to Family Court Act article 4. The order denied respondent's objections to an order of the Support Magistrate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Deshotel v Mandile* ([appeal No. 1] 151 AD3d 1811 [2017]). Present—Whalen, P.J., Centra, Lindley, Troutman and Scudder, JJ.